JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual, | Case No. 8:24-cv-01065-JWH-DFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| D & S INVESTMENT, LLC, a limited liability company, | |
| Defendants. | |

Pursuant to the "Order Regarding Plaintiff's Motion for Default Judgment [ECF No. 17]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The claim for relief of Plaintiff John Ho arising under the Unruh Civil Rights Act is **DISMISSED**.

3. With respect to the claim for relief arising under the Americans with Disabilities Act of 1990, **JUDGMENT** is entered in **FAVOR** of Plaintiff John Ho and **AGAINST** Defendant D & S Investment, LLC, in the amount of $2,975 (which consists of $2,430 in attorney's fees and $545 in costs). In addition, Defendant D & S Investment is **ORDERED** to complete the following tasks no later than May 23, 2025:

    a. provide an accessible parking space at the property located at or about 3701 S Harbor Blvd., Santa Ana, CA 92704 (the "Property"), in compliance with the Americans with Disabilities Act Accessibility Guidelines;

    b. provide an accessible curb ramp at the Property, in compliance with the Americans with Disabilities Act Accessibility Guidelines; and

    c. properly mark and maintain accessible parking spaces at the Property, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

/ / /
/ / /
/ / /
/ / /

4. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 18, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE